IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Miso Malinovic, ) | | Case No. 13-04277 |
| ) | | |
| Debtor. ) | | Hon. Carol A. Doyle |

**Notice of Withdrawal of Docket Entry No. 24
Trustee's Amended Final Account and Application to Close Case and Discharge Trustee**

    Elizabeth C. Berg, as trustee of the Estate of Miso Malinovic, debtor, hereby withdraws the Amended Final Account and Application to Close Case and Discharge Trustee ("Amended Final Account") which was erroneously filed in this case (wrong case) on May 12, 2014 as Docket Entry No. 24.

                                            /s/  Elizabeth C. Berg, trustee

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago  IL  60602
312.726.8150